Hon. Benjamin H. Settle

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| JAMIE BURDEN, | Case No.: 3:16-cv-05599-BHS |
| Plaintiff, | **ORDER OF DISMISSAL** |
| vs. | |
| CREDIT CONTROL SERVICES, INC., | |
| Defendant. | |

Upon stipulation of the parties, the above-encaptioned matter is hereby dismissed with prejudice, with each side to bear their own costs and attorney fees.

Dated this 18th day of January, 2017.

*[signature]*

Hon. Benjamin H. Settle
United States District Judge

ORDER OF DISMISSAL
Case No. 2:15-cv-01100-RSM

1